# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: GOODRX AND PHARMACY BENEFIT
MANAGER ANTITRUST LITIGATION (NO. II)                          MDL No. 3148

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –6)

On April 2, 2025, the Panel transferred 10 civil action(s) to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2025). Since that time, 9 additional action(s) have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary S. McElroy.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge McElroy.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of April 2, 2025, and, with the consent of that court, assigned to the Honorable Mary S. McElroy.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 08, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A
TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY

U.S. DISTRICT COURT – PROVIDENCE, RI
CLERK OF COURT

By: Michael Simoncelli   Date: 05/08/2025

FILED
Clerk, U.S. District Court

05/08/2025

District of Rhode Island

**IN RE: GOODRX AND PHARMACY BENEFIT**
**MANAGER ANTITRUST LITIGATION (NO. II)**                    MDL No. 3148

### SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | |
| MSS | 2 | 25−00041 | C & C Drugs, Inc. v. CVS Caremark Corporation et al |
| MSS | 3 | 25−00225 | AMT Group D/B/A Helping Hand Family Pharmacy v. CVS Caremark Corporation et al |
| MSS | 3 | 25−00226 | Superco Inc. v. CVS Caremark Corporation et al |
| MSS | 5 | 25−00031 | Southwest Pharmacy, Inc. v. CVS Caremark Corporation et al |